FLORENCE MARTHA BEARDSLEE,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

No. CR-94-0186-DLJ
C-01-0397-DLJ

**ORDER**

In response to Petitioner's request for an additional extension of time to surrender, the Court DENIES this request and hereby orders that Beardslee self-surrender to the custody of the BOP on or before January 16, 2012, as previously ordered.

IT IS SO ORDERED

Dated: January 6, 2012

D. Lowell Jensen
United States District Judge