|   |   |
|---|---|
| FLORENCE MARTHA BEARDSLEE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Respondent. | *E-FILED - 2/29/12*<br><br>No. CR-94-0186-DLJ<br>　　 C-01-0397-DLJ<br><br>**ORDER** |

Petitioner has now requested that instead of being required to surrender to the custody of the U.S. Marshal in Southern California today, that the Court grant her permission to, at her own expense, surrender directly to her designated BOP facility in Texas tomorrow. The Court grants her request and accordingly orders that Beardslee self-surrender to the custody of the BOP Carswell facility on or before March 1, 2012.

　　IT IS SO ORDERED

Dated: February 29, 2012　　　　　　　_____

　　　　　　　　　　　　　　　　　　D. Lowell Jensen
　　　　　　　　　　　　　　　　　　United States District Judge

Copy of Order E-Filed to Counsel of Record:

Emailed to Defendant Florence Beardslee at:
jadebeardsley@firstteam.com

Copy of Order to Marshals Office (San Jose)